IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SARAH FOWLER,

        Plaintiff,

v.

BANK OF NEW YORK MELLON, AS
TRUSTEE FOR THE CERTIFICATE
HOLDERS OF THE CWABS, INC.,
ASSET-BACKED CERTIFICATES,
SERIES 2005-16 TRUST and
RECONTRUST COMPANY, N.A.,

        Defendants.

Civ. No. 12-309-CL

**TEMPORARY RESTRAINING ORDER**

**PANNER, J.**

    Plaintiff seeks an ex parte temporary restraining order to enjoin the foreclosure sale of his house. Plaintiff alleges the house is scheduled for a foreclosure sale on March 5, 2011 and defendants have not complied with the legal requirements for a valid non-judicial foreclosure. Amongst other arguments, plaintiff alleges defendants failed to record all assignments of the trust deed in the county land records prior to initiating the foreclosure proceedings. In Oregon, a party initiating non-judicial foreclosure proceedings must record all assignments of

1  - ORDER

the trust deed. ORS 86.735(1); <u>Hooker v. Northwest Trustee Services, Inc.</u>, 2011 WL 2119103, *3 (D. Or. May 25) (citing <u>Burgett v. MERS</u>, 2010 WL 4282105, at *2 (D. Or. Oct. 20) and <u>In re McCoy</u>, 2011 WL 477820, at *3-4 (Bankr. D. Or. Feb. 7)). Plaintiff alleges MERS is listed as the beneficiary on the deed of trust at issue.

Because of the alleged imminent foreclosure sale, and because the presence of MERS demonstrates a high probability that defendants did not comply with the recording requirements of the Oregon Trust Deed Act, I grant plaintiff's request for a temporary restraining order (#3). Defendants, and their officers, agents, etc..., and other persons in active concert or participation with defendants, who receive actual notice of this order, are restrained from conducting a foreclosure sale for the following property: 685 Beall Lane, Central Point, Oregon, from this day until Wednesday, March 14, 2012, at 5:00 p.m. This court will hold a hearing on whether to issue a preliminary injunction at 10:00 a.m. on March 14, 2012, in the James A. Redden Courthouse in Medford.

IT IS SO ORDERED.

DATED this __1__ day of March, 2012 at __10__ o'clock ___.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER